IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 10-288 |
| ANGEL MALDONADO | : | |
| a/k/a "OSCAR ACEVEDO" | : | |

## ORDER

**AND NOW**, on this 9th day of August 2016, upon consideration of Petitioner Angel Maldonado's *pro se* Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (ECF No. 71), and all documents submitted in support thereof, it is **ORDERED** as follows:

A. Petitioner's Habeas Corpus Motion under 28 U.S.C. § 2255 is **DENIED**.

B. No Certificate of Appealability shall issue.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/R. Barclay Surrick*
**U.S. District Judge**